

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rusty Taylor,                            \* From the County Court
                                              of Brown County,
                                              Trial Court No. 057922.

Vs. No. 11-24-00070-CR                 \* October 9, 2025

The State of Texas,                        \* Memorandum Opinion by Trotter, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete "At Law" in the style of the case and recite that the case was tried before the "County Court of Brown County." As modified, we affirm the judgment of the trial court.